UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAUL MENDEZ,<br><br>    Defendant. | Case No. 13-CR-1287-L<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT** |

Upon the United States' motion and good cause being shown,

IT IS HEREBY ORDERED that the Indictment in Case No. 13-CR-1287-L against defendant RAUL MENDEZ be dismissed without prejudice.

DATED: June 13, 2013

_____
M. James Lorenz
United States District Court Judge